# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Jonathan Holmes Fowler

)
)
)
*Plaintiff(s)*
)
*(Write the full name of each plaintiff who is filing this complaint.*
)
*If the names of all the plaintiffs cannot fit in the space above,*
)
*please write "see attached" in the space and attach an additional*
)
*page with the full list of names.)*
)
-v-
)

17th Judicial Drug Task Force;
)
Shane George ; Bedford County Sherriffs dept
)
Bedford Co. TN
)
*Defendant(s)*
)
*(Write the full name of each defendant who is being sued. If the*
)
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

#### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Jonathan Holmes Fowler

All other names by which
you have been known:

ID Number ~~ID#~~ 084697085

Current Institution Bedford County Jail
Address

110 North Creek Dr. Shelbyville TN 37160

City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name 17th Judicial Drug Task Force

Job or Title *(if known)*

Shield Number

Employer

Address

City / State / Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name Shane George

Job or Title *(if known)* Director of 17th Judicial DTF

Shield Number

Employer Bedford County Tennessee

Address

Shelbyville TN 37160

City / State / Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 3

    Name    Bedford County Sherriffs Dept

    Job or Title *(if known)*

    Shield Number

    Employer    Bedford County Tennessee

    Address    Shelbyville      TN      37160

                                *City*         *State*        *Zip Code*

               [X] Individual capacity     [X] Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                                *City*         *State*        *Zip Code*

               [ ] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     [ ] Federal officials (a *Bivens* claim)

     [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Harrassment, Falsafied documents, Theft, Warrantless search, unlawful Confinement Violation of United States & Tennessee Constitutional rights- fourt amendment rights (specific) Video of Bedford County sheriff dept

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

planting drugs in house

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Utilized the powers of the DTF to ~~falsadocp~~ falsify documents to get me unlawfully detained and or indicted of phony charges. Violated my fourth amendment rights against unreasonable searches + seizures, and the theft of my personal property.

**III. Prisoner Status** Searching house with no consent & no warrant

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

**IV. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

19 Barber Road Unionville Tn 37180 1-19-2019 10pm
Traffic stop Fairfield Pike Shelbyville TN 8-26-21 7Am
311 colonial Ave Shelbyville Tn & 8-26-21 6:30 pm
110 N creek Dr Shelbyville Tn 8-26-21 9Am

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

1-19-2019

8-26-2021

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My name was put on a search warrant at a residence I never lived twice at two ~~addresses~~ ~~2~~ ~~record read~~ different addressed by DTF Agent Shane George. Drugs were planted by Bedford County sherriff's dept We have video at 19 barber road on 1-19-2019 at 5pm. Agent Shane George falsafied my seizure paperwork address to 311 colonial Ave to attempt to establish that as my address to indict me on false charges He also took my iphone 12 with no search warrant, no seizure return, he stole it! And Warrantless Search

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish -

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to reimburse me for every moment, every dollar, every memory I have lost that I can never retain over this period. Relationships, Reputation, Job loss, Vehicles, Education - Pain & suffering - And I want Agent George to be made to step down, before he continues with his flagrant actions of official misconduct. I seek maximum relief ~~reimbursement~~

Case 3:22-cv-00590   Document 1   Filed 08/08/22   Page 5 of 12 PageID #: 5

**VII.**    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7 - 27 - 2022

Signature of Plaintiff: Jon Fowl

Printed Name of Plaintiff: Jonathan Holmes Fowler

Prison Identification #: 101705

Prison Address: 110 North Creek Dr.

| | | |
|---|---|---|
| Shelbyville | TN | 37160 |
| *City* | *State* | *Zip Code* |

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number: _____

E-mail Address: _____



Jonathan Fowler
110 North Creek Dr.
Shelbyville, TN 37160

Inmate
Mail

NASHVIL
29 JUL 202

FOREVER / USA

FOREVER
USA

Barn Swallow

U.S. District Court, Middle District of Tennessee

Nashvilles Clerk's office

801 Broadway, Room 800

Nashville, TN 37203

37203-386900

LEGAL

Inmate
Mail

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016